IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-20410-GLT |
| | : | Chapter: | 13 |
| James D Kintigh | : | | |
| | : | | |
| | : | Date: | 9/6/2017 |
| *Debtor(s).* | : | Time: | 09:30 |

**FILED**
SEP 07 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**   #68 - Contested Trustee's Certificate of Default Requesting Dismissal of Case
#71 - Reply by Debtor

**APPEARANCES:**

    Debtor:    Lawrence R. Burns (Debtor James Kintigh present)
    Trustee:   Owen Katz

**NOTES:**

Katz: No one appeared at the conciliation conference. The plan was current through July, but no payment in August and no payment yet in September.

**OUTCOME:**

1. The hearing on the Trustee's Certificate of Default Requesting Dismissal of Case [Dkt. No. 68] is continued to the plan conciliation date on November 2, 2017 at 2:30 p.m. (Text Order to issue.)

2. On or before September 20, 2017, to the extent the Debtor has attachable income, he shall file a motion to attach wages. (Text Order to issue).

**DATED:** 9/6/2017