# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JAMES D KINTIGH
**Case Number:** 15-20410-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 02, 2017 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#68 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  68 / 0

**FILED**
**NOV -3 2017**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

### *Appearances:*

*No one appeared*

Debtor:
Trustee: Winnecour / (Bedford) Pail / Katz
Creditor:

*No W.O. as Court required*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: *11-22-17* at *9:30*.
10. _____ Other:

10/27/201'  9:06:36AM