Case 15-20410-GLT    Doc 96    Filed 12/22/17    Entered 12/23/17 00:56:11    Desc Imaged
                       Certificate of Notice    Page 1 of 2

FILED
12/20/17 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| James D. Kintigh,<br>　　　Debtor. | Bankruptcy No. 15-20410-GLT<br><br>Chapter 13 |
| James D. Kintigh<br>　　　Movant, | Related to Dkt. No. 88 and 68<br>Conciliation: January 4, 2018 at 10:00 a.m. |
| vs. | |
| BAC Home Loan Servicing, LP, Credit Acceptance, Recovery Management Systems Corporation, Deutsche Bank National Trust Company, Milstead & Associates, LLC, Office of the United States Trustee, Select Portfolio Servicing Inc., Select Portfolio Servicing and Ronda J. Winnecour,<br>　　　Respondents. | |

## **MODIFIED ORDER**

　　AND NOW to wit, this  20th  day of  December,  2017, upon consideration of the within Motion to Reconsider Dismissal of the Chapter 13 Bankruptcy at Case No. 15-20410-GLT, it is hereby ORDERED, ADJUDGED and DECREED that the Order of Court dated November 15, 2017, is vacated, the case is reopened and reinstated.

　　The Chapter 13 Trustee's Certificate of Default Requesting Dismissal of Case [Dkt. No. 68] is rescheduled to be held on **January 4, 2018 at 10:00 a.m.**, in Room 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

BY THE COURT:

_____ J
**cgt**

Case Administrator to serve all parties listed on the Clerk's mailing matrix.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                  Case No. 15-20410-GLT
James D Kintigh                                                         Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: amaz                  Page 1 of 1                  Date Rcvd: Dec 20, 2017
                              Form ID: pdf900             Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db             +James D Kintigh,    254 Bridge Street,    Hunker, PA 15639-1000
13993101        BAC Home Loans Servicing, LP,    18 Tapo Canyon,    Simi Valley, CA 93063
13993403       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13993102       +Deutsche Bank National Trust Company,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13993103       +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
13993104        Select Portfolio Servicing,    The Loan Servicing Center,    PO Box 551170,
                 Jacksonville, FL 32255-1170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2017 01:09:10
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13998845        E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2017 01:08:51
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14076671        E-mail/Text: jennifer.chacon@spservicing.com Dec 21 2017 01:05:49
                 Select Portfolio Servicing, Inc.,    c/o Deutsche Bank National Trust,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Credit Acceptance Corporation
cr              Deutsche Bank National Trust Company et al...
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Select Portfolio Servicing, Inc.
                                                                                           TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage
               Pass-Through Certificates, Series 2007-NC2 bkgroup@kmllawgroup.com
              Lawrence R. Burns    on behalf of Debtor James D Kintigh lawburns1@gmail.com,
               faithaburns@gmail.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9
```