# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
2018 JAN -5  A 8:08
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

**Conciliation Conference:**

- **Debtor:** JAMES D KINTIGH
- **Case Number:** 15-20410-GLT        **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 04, 2018 10:00 AM   3251 US STEEL PITTSBURGH
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#68 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 68 / 0

**Appearances:**

- Debtor: Burns
- Trustee: Winnecour / Bedford / Pail / Katz (Katz circled)
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

per attached order,
COD (Doc #68) w/drawn

12/28/2017  11:01:02AM