UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED

2018 JAN -5 A 8:08

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

In re:
JAMES D KINTIGH

Debtor(s)

Ronda J. Winnecour, Trustee
Movant
vs.
JAMES D KINTIGH

Respondent(s)

Case No. 15-20410-GLT
Chapter 13

Related to Document No. 68

## ORDER

AND NOW, this 4th day of January, 20 18, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of 60 months; the monthly plan payment amount is changed to $ 2927 effective 1/18.

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ___ with / ___ without prejudice, without further notice or hearing.

[X] Other: ___
The estimated pool of funds available to be paid to general unsecured creditors and estimated percentage dividend are revised to $ 2530.30 ( 100 %).

BY THE COURT:

Dated : 1/4/2018

_____
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-20410-GLT
James D Kintigh                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1                  Date Rcvd: Jan 05, 2018
                              Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
db          +James D Kintigh,    254 Bridge Street,    Hunker, PA 15639-1000
13993101     BAC Home Loans Servicing, LP,    18 Tapo Canyon,    Simi Valley, CA 93063
13993403    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13993102    +Deutsche Bank National Trust Company,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13993103    +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
13993104     Select Portfolio Servicing,    The Loan Servicing Center,    PO Box 551170,
              Jacksonville, FL 32255-1170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2018 01:13:37
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
13998845     E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2018 01:13:37
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
14076671     E-mail/Text: jennifer.chacon@spservicing.com Jan 06 2018 01:18:08
              Select Portfolio Servicing, Inc.,    c/o Deutsche Bank National Trust,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Credit Acceptance Corporation
cr           Deutsche Bank National Trust Company et al...
cr           Deutsche Bank National Trust Company, as Trustee,
cr           Select Portfolio Servicing, Inc.
                                                                                TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage
               Pass-Through Certificates, Series 2007-NC2 bkgroup@kmllawgroup.com
              Lawrence R. Burns    on behalf of Debtor James D Kintigh lawburns1@gmail.com,
               faithaburns@gmail.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9