# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | JAMES D KINTIGH |
| Case Number: | 15-20410-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 19, 2019 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matter:

#104 - Trustee's Certificate of Default to Dismiss
#113 - Response by Debtor
R / M #: 104 / 0

### Appearances:

Debtor: *Bjras* (signature)
Trustee: Winnecour / Pail / Katz / DeSimone (circled)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Trustee's COD / Motion to Dismiss at Doc #104 is resolved by: ~~proposed Confirmation of Debtor(s) Amended Plan~~ / proposed Order reflecting plan changes.

9/10/2019 12:37:38PM