<table>
<tr><td></td></tr>
</table>

**Fill in this information to identify the case.**

Debtor 1 __James D Kintigh__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__   District of: __PA__
(State)

Case number __15-20410-GLT__

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage Pass-Through Certificates, Series 2007- NC2c/o Select Portfolio Servicing, Inc.

**Court claim no.** (if known): __2__

**Last 4 digits** of any number you use to identify the debtor's account: __2__ __2__ __8__ __3__

**Property address:** __254 Bridge Street__
Number        Street

_____

__Hunker__                __PA__    __15639__
City                      State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                      $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    __3/1/2020__
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:        + (b) $ _____

c. **Total**. Add lines a and b.                                        (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM / DD / YYYY

Debtor 1    __James D Kintigh__
      First Name     Middle Name     Last Name     Case number *(if known)* __15-20410-GLT__

---

**Part 4:**  **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**  **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ __/s/ Danielle Boyle-Ebersole, Esquire__    Date __03/23/2020__
    Signature

Print    __Danielle Boyle-Ebersole, Esquire__    Title    __Attorney__
      First Name    Middle Name    Last Name

Company    __Hladik, Onorato & Federman, LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __298 Wissahickon Avenue__
      Number      Street

      __North Wales, PA 19454__
      City       State    ZIP Code

Contact phone    ( __215__ ) __855__ – __9521__    Email __debersole@hoflawgroup.com__

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-20410-GLT |
| James D Kintigh | : Chapter 13 |
| Debtor | : |
| | : |
| Deutsche Bank National Trust Company, as | : |
| Trustee, in trust for the registered holders of | : |
| Morgan Stanley ABS Capital I Inc. Trust | : |
| 2007-NC2, Mortgage Pass-Through | : |
| Certificates, Series 2007-NC2 c/o Select | : |
| Portfolio Servicing. Inc. | : |
| Movant | : |
| vs. | : |
| | : |
| James D Kintigh | : |
| Debtor/Respondent | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## <u>CERTIFICATE OF SERVICE</u>

I, Danielle Boyle-Ebersole, Esq., hereby certify that I caused to be served true and correct copies of the **<u>STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT</u>** at the respective last known address of each person set forth below on **03/23/2020**.

Lawrence R. Burns, Esquire
Via ECF:
lawburns1@gmail.com
*Attorney for Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

James D Kintigh
254 Bridge Street
Hunker, PA 15639
Via First Class Mail
*Debtor*

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com