Certificate Number: 01721-PAW-DE-033862539

Bankruptcy Case Number: 15-20410



01721-PAW-DE-033862539

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 20, 2019</u>, at <u>10:11</u> o'clock <u>PM EST</u>, <u>James  Kintigh</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>December 23, 2019</u>          By: <u>/s/Sarah Chechak</u>

Name: <u>Sarah Chechak</u>

Title: <u>Counseling</u>