Certificate Number: 01721-PAW-DE-033862539

Bankruptcy Case Number: 15-20410



01721-PAW-DE-033862539

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 20, 2019, at 10:11 o'clock PM EST, James Kintigh completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  December 23, 2019         By:    /s/Sarah Chechak

                                 Name:  Sarah Chechak

                                 Title: Counseling

Case 15-20410-GLT    Doc 128    Filed 04/01/20    Entered 04/01/20 11:16:01    Desc Main
Document    Page 1 of 1