**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James D Kintigh** | Social Security number or ITIN  **xxx–xx–6881** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–20410–GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James D Kintigh

5/22/20

**By the court:**  Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James D Kintigh  
    Debtor

Case No. 15-20410-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: agro   Page 1 of 2   Date Rcvd: May 22, 2020  
                 Form ID: 3180W   Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.
```
db             +James D Kintigh,    254 Bridge Street,    Hunker, PA 15639-1000
13993101        BAC Home Loans Servicing, LP,    18 Tapo Canyon,    Simi Valley, CA 93063
13993102       +Deutsche Bank National Trust Company,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13993103       +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
13993104        Select Portfolio Servicing,    The Loan Servicing Center,    PO Box 551170,
                 Jacksonville, FL 32255-1170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2020 02:40:46      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: RECOVERYCORP.COM May 23 2020 06:18:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13993403       +E-mail/Text: ebnnotifications@creditacceptance.com May 23 2020 02:40:19      Credit Acceptance,
                 25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13998845        EDI: RECOVERYCORP.COM May 23 2020 06:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14076671        E-mail/Text: jennifer.chacon@spservicing.com May 23 2020 02:41:25
                 Select Portfolio Servicing, Inc.,    c/o Deutsche Bank National Trust,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Credit Acceptance Corporation
cr              Deutsche Bank National Trust Company et al...
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Select Portfolio Servicing, Inc.
                                                                                TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               andygornall@latouflawfirm.com
              Bradley Joseph Osborne    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 bosborne@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage
               Pass-Through Certificates, Series 2007-NC2 bkgroup@kmllawgroup.com
              Lawrence R. Burns    on behalf of Debtor James D Kintigh lawburns1@gmail.com,    lrbjmb27@hotmail.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: agro              Page 2 of 2           Date Rcvd: May 22, 2020
                              Form ID: 3180W          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

      TOTAL: 10