IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/22/20 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

JAMES D KINTIGH

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-20410

Chapter 13

Related to Dkt. No. 118

ORDER OF COURT

AND NOW, this 22nd day of May 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  jah

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                             Case No. 15-20410-GLT
James D Kintigh                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: agro              Page 1 of 2              Date Rcvd: May 22, 2020
                             Form ID: pdf900         Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db             +James D Kintigh,    254 Bridge Street,    Hunker, PA 15639-1000
13993101        BAC Home Loans Servicing, LP,    18 Tapo Canyon,    Simi Valley, CA 93063
13993102       +Deutsche Bank National Trust Company,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13993103       +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
13993104        Select Portfolio Servicing,    The Loan Servicing Center,    PO Box 551170,
                Jacksonville, FL 32255-1170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 23 2020 02:42:40
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
13993403       +E-mail/Text: ebnnotifications@creditacceptance.com May 23 2020 02:40:19     Credit Acceptance,
                25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
13998845        E-mail/PDF: rmscedi@recoverycorp.com May 23 2020 02:43:37
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14076671        E-mail/Text: jennifer.chacon@spservicing.com May 23 2020 02:41:25
                Select Portfolio Servicing, Inc.,    c/o Deutsche Bank National Trust,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Credit Acceptance Corporation
cr              Deutsche Bank National Trust Company et al...
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Select Portfolio Servicing, Inc.
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               andygornall@latouflawfirm.com
              Bradley Joseph Osborne    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 bosborne@hoflawgroup.com,
               pfranz@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2, Mortgage
               Pass-Through Certificates, Series 2007-NC2 bkgroup@kmllawgroup.com
              Lawrence R. Burns    on behalf of Debtor James D Kintigh lawburns1@gmail.com,    lrbjmb27@hotmail.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC2,
               Mortgage Pass-Through Certificates, Series 2007-NC2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2            User: agro                  Page 2 of 2                  Date Rcvd: May 22, 2020
                                Form ID: pdf900             Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
     mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                            TOTAL: 10